JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TO TAO T an individual; CORONADO INVESTORS PROPERTIES, LLC, an Alaska limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01566-PA-SP<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and To Tao T and Coronado Investors Properties, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO ORDERED.

DATED: February 11, 2020

_____
UNITED STATES DISTRICT JUDGE